1  DAVID L. NEALE (State Bar No. 141225)
   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2  2818 La Cienega Avenue
3  Los Angeles, California 90034
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: dln@lnbyg.com

Able Events Inc,
fka ROKit Marketing Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE EVENTS INC, fka ROKit MARKETING INC.<br><br>Debtor | Case No  2:22−bk−11344−SK<br><br>**SUBMISSION OF CORPORATE RESOLUTION AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |

# CERTIFICATE OF ABLE EVENTS INC.
## A DELAWARE CORPORATION
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 7 OF THE BANKRUPTCY CODE</u>

**RESOLVED THAT, ABLE EVENTS INC.**, a Delaware corporation, f/k/a ROKiT Marketing Inc. (the "Company") has determined it to be in the best interest of the Company to file for Chapter 7 bankruptcy protection under the United States bankruptcy act;

**RESOLVED**, that the shareholder of the Company has elected to file for Chapter 7 bankruptcy protection and to engage the services of the law firm, Levene, Neale, Bender, Yoo & Golubchik L.L.P., to represent the Company in the bankruptcy action upon such terms as Jonathan Kendrick (the "Director"), as Director of the Company may, in his discretion deem appropriate; and

**RESOLVED THAT** the Company hereby ratifies the Company filing for Chapter 7 bankruptcy protection and to engage the services of the law firm, Levene, Neale, Bender, Yoo & Golubchik L.L.P. and hereby ratifies, acknowledges and adopts and consents to all prior actions of the Company and Jonathan Kendrick, as the Director of the Company, taken toward the furtherance of the Company filing Chapter 7 bankruptcy protection and to engage the services of the law firm, Levene, Neale, Bender, Yoo & Golubchik L.L.P.; and

**RESOLVED THAT** Jonathan Kendrick, as the Director of the Company, is hereby authorized to execute and deliver any and all agreements, notices, assignments, certificates, affidavits, warranties and any other documents of any kind or nature whatsoever, necessary for the Company to file for Chapter 7 bankruptcy protection and to engage the services of the law firm, Levene, Neale, Bender, Yoo & Golubchik L.L.P., take, from time to time, any other actions which Jonathan Kendrick, as the Director of the Company, shall in his discretion determine to be appropriate to effect the Company filing for Chapter 7 bankruptcy protection and to engage the services of the law firm, Levene, Neale, Bender, Yoo & Golubchik L.L.P., upon such terms and conditions as Jonathan Kendrick, as the Director of the Company, shall in his discretion determine to be appropriate, and the execution and delivery of any document or instrument by Jonathan Kendrick, on behalf of the Company, shall constitute conclusive evidence that the terms and conditions contained in said documents or instruments have been determined to be appropriate by the shareholder of the Company, and by Jonathan Kendrick, as Director of the Company; and further;

**RESOLVED THAT** any and all other actions heretofore taken by Jonathan Kendrick, as the Director of the Company, to execute and deliver any of the documents authorized by the foregoing resolutions, or to take any of the actions authorized by the foregoing resolutions are hereby approved, ratified and confirmed in all respects; and further;

**RESOLVED THAT** this Consent may be executed in one or more counterparts, each of which shall be deemed an original, but, when taken together, shall constitute only one Consent; and further

**RESOLVED THAT** the Jonathan Kendrick, as the Director of the Company, be authorized and directed to do any and all acts (including the execution and delivery of documents) as may be deemed necessary or appropriate to carry out the purposes of the preceding resolutions.

## CERTIFICATION

I, Jonathan Kendrick, as Director of ROKIT WORLD INC., a Delaware corporation (the "Member"), in the Member's capacity as majority member of **COMBINE ENTERPRISES LLC**, a Delaware limited liability company, f/k/a ROK Marketing LLC (the "Company"), hereby certifies that: (a) I am authorized to sign this certificate on behalf of the Company; (b) the above and foregoing resolutions have been duly adopted by the members of the Company, remain in full force and effect, and have not been amended or repealed; (c) the Company is a duly organized and validly existing Delaware limited liability company, which has not been dissolved or terminated;

I further certify that the members of the Company have adopted the foregoing resolutions, and at the time of adoption of the resolutions had full power and lawful authority to adopt the foregoing resolutions.

In Witness Whereof, I have hereunto subscribed my name effective as of this Fourth day of March, 2022.

Witness:

COMBINE ENTERPRISES LLC,
f/k/a ROK MARKETING LLC
By: Rokit World Inc., Its Member,

By: _____
Jonathan Kendrick
Its: Director

3