Peter J. Mastan, Trustee
*travis.terry@dinsmore.com*
550 South Hope Street, Suite 1765
Los Angeles, California 90071
Telephone: (213) 335-7739

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br>ABLE EVENTS INC<br><br>Debtor(s) | Case No.: 22-11344-SK<br>Chapter 7<br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC § 341(a)] |

TO THE ABOVE NAMED DEBTOR(S), AND COUNSEL:

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 USC § 341(a) in the above-entitled matter was continued to **May 12, 2022** at **8:00 AM.**

    Due to the COVID-19 pandemic, the Meeting of Creditors will take place telephonically. Please see the attached pages for dial-in instructions. **The Trustee's conference line is 1-866-917-1475 and the participant code is 1762588.**

    You are further notified that all appearances are **mandatory**. In the event you do not appear, your case may be dismissed.

    You are also further notified that any documents and/or information requested of you by the Trustee **must** be provided to his office **at least one week before your continued hearing**. **The Trustee does not accept tax returns, government-issued photo IDs or proofs of Social Security numbers electronically.** Please send them to the Trustee's office by US mail or overnight delivery.

Dated: April 12, 2022    /s/ Peter J. Mastan
                                            Peter J. Mastan, Trustee

## NOTICE FROM THE UNITED STATES TRUSTEE INSTRUCTIONS AND INFORMATION FOR PARTICIPATION IN TELEPHONIC SECTION 341 MEETINGS IN LOS ANGELES IN THE CENTRAL DISTRICT Of CALIFORNIA

| **Bankruptcy Trustee** | **Call In Information** |
|---|---|
| Peter J. Mastan | Conference Line: 1-866-917-1475 |
| | Participant Code: 1762588 |

## INFORMATION FOR THE SECTION 341(a) MEETING OF CREDITORS

Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, § 341(a) Meetings of Creditors ("Meetings") will be conducted telephonically. The telephone call in number and passcode for the § 341 Meeting of Creditors ("Meeting") is set forth above.

**Dial-In Information**

    **(1)**    You must use a touch-tone phone to participate.

    **(2)**    Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

    **(3)**    Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a# sign. Immediately place your phone on mute.

    **(4)**    Make the call from a quiet area where there is as little background noise as possible.

    **(5)**    As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

    **(6)**    When speaking during your case, identify yourself.

    **(7)**    Do not put the phone on hold at any time after the call is connected.

    **(8)**    If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.

    **(9)**    Once the case Meeting is finished, hang up.

    **(10)**    If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:** Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**No Recording**: The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

/ / /

**Identification Procedures** - Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if unrepresented. If such proof has not been provided, the 341 meeting will be continued until the trustee has received proof of identification.

**Preparation for the Call**:

- Use a landline to avoid interruptions and background noise. Avoid using a cell phone, if possible.

- Each call will have multiple cases; after connecting to the call please place your phone on mute and wait until your case is called before speaking.

- When your case is called, please speak clearly and loudly as the meeting is being recorded.

- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071.

The foregoing document described **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On April 12, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On April 12, 2022 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Debtor: | ABLE EVENTS INC, 12598 Central Avenue #208 & #209, Chino, CA 91710 |
| Debtor Attorney: | David L Neale, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA 90034 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on April 12, 2022 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 12, 2022 | TRAVIS MICHAEL TERRY | /s/ Travis Michael Terry |
| *Date* | *Type Name* | *Signature* |