| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Shirley S. Cho (CA Bar No. 192616)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone:  310/277-6910<br>Facsimile:  310/201-0760<br>Email:  scho@pszjlaw.com<br>         jnolan@pszjlaw.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for* Rocket Ball, Ltd. d/b/a The Houston Rockets, and Clutch City Sports & Entertainment, L.P. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 17 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may        **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Able Events Inc fka ROKit Marketing Inc.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 22-bk-11344-SK<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>(Action in Nonbankruptcy Forum)<br><br>DATE: May 11, 2022<br>TIME:  8:30 a.m.<br>COURTROOM: 1575<br>PLACE: U.S. Bankruptcy Court<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |
|---|---|

**MOVANTS:**  Rocket Ball, Ltd. d/b/a The Houston Rockets, and Clutch City Sports & Entertainment, L.P.

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settle by stipulation

2. The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: Rocket Ball, Ltd. d/b/a the Houston Rockets, and Clutch City Sports & Entertainment, L.P. vs. ROKit Marketing Inc.

    Docket number: 202066997

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: District Court, Harris County, Texas

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                           F 4001-1.RFS.NONBK.ORDER
DOCS_LA:343280.1 75207/001

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply):*

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify):* The automatic stay is lifted to permit Movants to domesticate and amend the Judgment in order to pursue the Judgment from non-debtors. Movants agree that prior to enforcement of the Judgment, they will provide not less than 14 days' notice to the Trustee and if the Trustee objects, they will not proceed without prior agreement or further Court Order.

### ###

Date: May 17, 2022

Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                          F 4001-1.RFS.NONBK.ORDER
DOCS_LA:343280.1 75207/001