| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Shirley S. Cho<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA<br>90067-4003 Tel.: (310) 277-6910<br>Fax: (310) 201-0760<br>CA Bar No. 192616<br>scho@pszjlaw.com<br><br>*Attorney for:* *Clutch City Sports & Ent, LP and Rocket Ball, Ltd. dba The Houston Rockets* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Able Events Inc.<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-11344-SK<br><br>ADVERSARY NO.:<br>*(if applicable)*<br><br>CHAPTER: 7 |
|---|---|
| <br><br><br>VS.<br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.  The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Creditor Clutch City Sports & Entertainment, L.P.
    Creditor Rocket Ball, Ltd. d/b/a The Houston Rockets

2.  The name, address, telephone number, and email address of the new attorney are *(specify)*:

    Anna C. Coll
    Susman Godfrey LLP, 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
    Tel.: (310) 789-3126  Email: acoll@susmangodfrey.com

3.  New attorney hereby appears in the following matters:  ☒ the bankruptcy case  ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Shirley S. Cho

Date: __11/17/22__

By: *Clay Allen*, General Counsel
_____
Signature of party

Clutch City Sports & Entertainment, L.P.
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

By: *Clay Allen*, General Counsel
_____
Signature of *second* party (if applicable)

Rocket Ball, Ltd. d/b/a The Houston Rockets
_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: __11/17/22__

_____
Signature of present attorney

Shirley S. Cho
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: __11/16/22__

_____
Signature of new attorney

Anna C. Coll
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***SUBSTITUTION OF ATTORNEY*** will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**November 17, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses
stated below:

    ☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 17, 2022**, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the
document is filed.

**By Overnight Delivery**
Hon. Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2022 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

*Mailing Information for Case 2:22-bk-11344-SK*

*Shirley Cho    scho@pszjlaw.com*
*Anna Coll    acoll@susmangodfrey.com*
*David M Goodrich    dgoodrich@go2.law,*
*kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com*
*Sonja Hourany    shourany@go2.law, kadele@wgllp.com;lbracken@wgllp.com;shourany@ecf.courtdrive.com*
*Halley W. Josephs    hjosephs@susmangodfrey.com*
*Peter J Mastan (TR)    pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com*
*Alexander M Merino    amerino@mylawllp.com*
*David L. Neale    dln@lnbyg.com*
*United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
*Roye Zur    rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:346155.1 75207/001